UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO R. ARANDA, | Case No. CV 17-02011-JAK (JDE) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| C. DUCART, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss filed by Respondent, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections to the Report and Recommendation filed by Petitioner. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's Motion to Dismiss (Dkt. No. 11) is GRANTED; and

(2) Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: 2/6/18

_____
JOHN A. KRONSTADT
United States District Judge