JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO R. ARANDA, | Case No. CV 17-02011-JAK (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| C. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 2/6/18

JOHN A. KRONSTADT
United States District Judge